## First Department, November, 1943.

### (November 1, 1943.)

In the Matter of Thomas A. Aurelio (Also Known as Thomas Anthony Aurelio), an Attorney.

*Per Curiam.* Motion to confirm the report of the referee [see *ante*, p. 958] granted and the proceeding dismissed for the reasons stated in the report of the referee.

Present — Townley, Glennon, Dore and Callahan, JJ.

Motion to confirm report of referee granted and the proceeding dismissed.

### (November 5, 1943.)

Ernest Larson, Respondent, v. Metropolitan Life Insurance Company, Appellant.— Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.; Cohn, J., dissents and votes to affirm.

The People of the State of New York, Respondent, v. Edwin A. Livingston, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Glennon, J., dissents and votes to reverse and dismiss the information; Martin, P. J., taking no part.

Louis Ward, Appellant, v. Yale Taxi Corporation, Respondent, et al., Defendants.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Dore, J., dissents and votes to affirm; Martin, P. J., taking no part.

Margaret B. O'Reilly, Respondent, v. Sheffield Farms Company, Inc., Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

Elias Neff, Respondent, v. Harriet L. Peck, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

L. Michel Plumbing & Heating Corporation, Respondent, v. Marpearl Holding Corporation et al., Appellants, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

Commissioner of Welfare of the City of New York, Respondent, v. Manuel Garcia, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

H. A. Levenkron, Inc., Respondent, v. Standard Coated Products Corporation, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.